IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| CONSOLIDATED GRAIN AND BARGE CO. | PLAINTIFF |
| V.   CASE NO.: 2:20-CV-176-JM | |
| CITY OF HELENA-WEST HELENA, ARKANSAS | DEFENDANT |

### ORDER ON JOINT MOTION TO DISMISS

Before the Court is a Joint Motion to Dismiss. The Court, being well advised, finds that the parties' joint motion should be and is hereby GRANTED.

IT IS SO ORDERED this 19th day of April, 2021.

_____
The Honorable James M. Moody, Jr.

Order Prepared by:

Lanny Richmond, II, Ark. Bar No. 2015137
Attorney for Defendants
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-537-3784
EMAIL: lrichmond@arml.org

1